**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-00306-BNB
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

LAWRENCE M. JIRON,

    Petitioner,

v.

STATE OF COLORADO,

    Respondent.

---

**ORDER DIRECTING PETITIONER TO CURE DEFICIENCIES**

---

    Petitioner is an inmate at the Fremont County Detention Center in Cañon City, Colorado.  Petitioner has submitted a letter to the court (ECF No. 1) and an attached document captioned "An Order" (ECF No. 1-1) in which he appears to be seeking a court order that would remove him from state custody and place him in federal custody. Because it appears that Petitioner is in custody and may be seeking habeas corpus relief, the instant action has been opened.  Although not entirely clear, it appears that Petitioner's claims properly are raised in a habeas corpus action pursuant to 28 U.S.C. § 2241.

    As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the court has determined that the submitted documents are deficient as described in this order. Petitioner will be directed to cure the following if he wishes to pursue any claims in this court in this action.  If Petitioner does not intend to initiate a new civil action in this court,

he should advise the court of that fact and the instant action will be dismissed. Any papers that Petitioner files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)  xx   is not submitted
(2)  __   is missing affidavit
(3)  __   is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)  xx   is missing certificate showing current balance in prison account
(5)  __   is missing required financial information
(6)  __   is missing an original signature by the prisoner
(7)  __   is not on proper form (must use the court's current form)
(8)  __   names in caption do not match names in caption of complaint, petition or habeas application
(9)  xx   other: motion is necessary only if $5.00 filing fee is not paid in advance.

**Complaint, Petition or Application**:
(10) xx   is not submitted
(11) __   is not on proper form (must use the court's current form)
(12) __   is missing an original signature by the prisoner
(13) __   is missing page nos. __
(14) __   uses et al. instead of listing all parties in caption
(15) __   names in caption do not match names in text
(16) __   addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(17) __   other: _____

Accordingly, it is

ORDERED that Petitioner cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers that Petitioner files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that Petitioner shall obtain the court-approved Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action and Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. §

2241 forms, (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov.  It is

FURTHER ORDERED that, if Petitioner fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed without further notice.  The dismissal shall be without prejudice.

DATED February 6, 2013, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge