# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00306-BNB

LAWRENCE M. JIRON,

      Applicant,

v.

WARDEN JAMES FALK, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

      Respondents.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

      The document titled "Order of Release on the Grounds of False Imprisonment" (ECF No. 26) filed on May 28, 2013, which has been docketed as a motion, is unnecessary and is DENIED because the relief Applicant seeks is the same relief he seeks in the amended habeas corpus application filed on May 21, 2013.

Dated:  May 29, 2013