**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-00306-BNB

LAWRENCE M. JIRON,

    Applicant,

v.

WARDEN JAMES FALK, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Respondents' Motion for Extension of Time to File Pre-Answer Response (ECF No. 32) is GRANTED and Respondents shall have up to and including **July 12, 2013**, to file their Pre-Answer Response. Applicant will continue to have twenty-one (21) days from the filing of the Pre-Answer Response to submit his Reply, if any. Applicant's motion (ECF No. 30) asking the court to remove the Attorney General of the State of Colorado as a party to this action is DENIED.

Dated:  June 11, 2013